IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO :

EDWARD WEISMAN,

              PLAINTIFF,

vs.

HARTFORD INSURANCE
COMPANY OF THE MIDWEST
              DEFENDANT.
_____/

**50 2010 CA02 6065 XXXX**

RECEIVED FOR FILING

OCT 1 4 2010

SHARON R. BOCK
CLERK & COMPTROLLER

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, Edward Weisman by and through the undersigned

counsel and files his complaint for damages against the Defendant, Hartford Insurance

Company of the Midwest and states the following:

1.    This is an action for breach of contract wherein the damages exceed

$15,000.00 excluding attorney's fees, costs and interest.

2.    The Plaintiff is sui juris and a permanent resident of Palm Beach County,

Florida.

3.    The Defendant was and is a Florida corporation existing under and by the

virtue of the laws of the State of Florida, who at all times material hereto, was engaged in the

business of selling homeowners insurance policies in Palm Beach County, Florida.

4.    That the Defendant, Hartford Insurance Company of the Midwest, issued

homeowners insurance policy number 55rbb457803 to the Plaintiff, Edward Weisman. That

said policy of insurance provided coverage for the Plaintiff's dwelling located at 8883 Via

Manzanilla Hurricane Short Pay Complaint



EXHIBIT

A

Page 1

Tuscany Drive, Boynton Beach, FL 33437. A true and correct copy of the declaration page of the policy of insurance issued by the Defendant is attached hereto and incorporated herein as Plaintiff's Exhibit "A." The subject policy of insurance includes coverage for including but not limited to damage caused to the property by windstorms, replacement of personal property destroyed and/or damaged by a covered loss and alternative living arrangement expense reimbursement if and when the residence becomes uninhabitable.

5. That on October 24, 2005 while the Plaintiff's homeowners insurance was in full force and effect, Hurricane Wilma struck the structure that is the subject of the policy of insurance. This resulted in extensive damage to the Plaintiff's residence. The damage includes, but is not limited to, interior wall and ceiling damage, roofing damage and paint damage.

6. That the Plaintiff provided timely notice to the Defendant, Hartford Insurance Company of the Midwest, of the loss occurring on October 24, 2005 and complied with all conditions precedent required by the subject policy of insurance. However, the Defendant breached the contract of insurance with the Plaintiff by failing to provide necessary reimbursement for a covered loss in accordance with the insurance contract issued by the Defendant.

7. That the Defendant tendered payment to the Plaintiff. This payment purported to reimburse the Plaintiff for his/her loss. The payment failed to include proper reimbursement for damage caused to the Plaintiff's residence as a result of the aforementioned loss and that are covered under the policy of insurance issued by the Defendant.

8.      That the Plaintiff's public adjuster, in an additional effort to resolve this matter without the need to file this action, made repeated inquiries to the Defendant's adjusting representatives to inform them of the deficiency in the payment that was made.

9.      That the Plaintiff, by and through their public adjuster, in an additional effort to resolve this matter without the need to file this action, forwarded an estimate that reflected the actual cost to return the Plaintiff's residence to its condition prior to the aforementioned loss. The estimate included items damaged as a result of the aforementioned loss and that are covered under the policy of insurance issued by the Defendant. A true and correct copy of said estimate is attached hereto and incorporated herein as Plaintiff's Exhibit "B." The Defendant failed to reply to this information.

10.     That the Defendant has failed to timely evaluate and pay the benefits owed to the Plaintiff under the terms of the insurance policy issued by the Defendant.

11.     All conditions precedent to the bringing of this action has occurred, have been performed or otherwise satisfied, or have been waived.

12.     That the Plaintiff, due to the Defendant's failure to comply with the terms of the insurance policy issued by them, has suffered consequential damages including, but not limited to, additional property damage.

13.     That the Defendant's failure to fulfill its contractual obligations contained in the homeowners policy issued to the Plaintiff has caused them to retain the services of the undersigned attorney for representation in this action.   Therefore, the Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST, is responsible for statutory attorney's fees pursuant to Florida Statute §627.428.

WHEREFORE, the Plaintiff, Edward Weisman, hereby demands judgment against the Defendant, Hartford Insurance Company of the Midwest, for all damage to his property caused by the aforementioned hurricane loss together with interest on overdue payments, reasonable attorney's fees pursuant to Florida Statute 627.428, court costs and any other relief deemed just and equitable.

### DEMAND FOR JURY TRIAL

The Plaintiffs demand trial by jury of all issues so triable.

Dated this _____ day of October, 2010

LAW OFFICES OF LEO A. MANZANILLA, P.A.
Attorney for the Plaintiff
770 Ponce de Leon Blvd., Suite 101
Coral Gables, FL 33134
Telephone: 305-444-1887
Facsimile: 305-666-8427

By: _____
LEO A. MANZANILLA, ESQ.
FLA BAR NO : 0652921



# EXHIBIT "A"

2010-07-09 12:04                    .            :                    >·        3056668427   P 2

```
1     POL #   PROD   SUB SHT CO ST EFF     EXP     TERM    RNST      STAT AS OF
                     MICROFILM MESSAGE
      55RBB457803 578333 F19 WEI G  FL 060105 060106  12              A    060105
                     FIRST RECORD OF THE TERM
               AGY TRAN ORIG          C/S INFO
      PRV POL #  PROD   IN POL DT TX CD RO PROD    ACT CH# EFF    DT PRC  REQ
         FILM DATE  REEL   FRAME
      55RBB457803            060101  0191          AREN    060105 041205 MICROFILM
                         0        0  THIS FILM
         -UNDERWRITER- PRIM       D AGY                        TYPE 08
         INIT TERR CDS POL #      T PROF LCL MIUA COMBO W/F LTERM   RE U/W CODES
         00000        0        D  PRIOR FILM
            9Z                   P                        SYSTEM
0     NAME WEISMAN, EDWARD
         RO AGENCY   POLICY   CTL DTE   CTL
      STREET 174 LOWELL RD APT 145              CITY MASHPEE
         55 578333 RBB457803 06 01 05  00
      CNTY BARNSTABLE           ST MA  ZIP 02649     PLACE CD
      IF DIFF FROM MAIL ADDR        POOL ID     CK RCVD         LBTXCD  0191
            FRAME 1 OF 2
      RES ADDR  8883 VIA TUSCANY DRIVE                      RSN
      CITY/CNTY BOYNTON BEACH      PALM BEACH         ST FL  ZIP 33437
      ADDL RES PREMISES
      STREET                                   # OF FAM        TERR
         CITY                CNTY                  ST     ZIP
0           OTHER       PERS      LOSS OF     PERS       MED PAY/ MINN/SC
      DWLG      STRUCT    PROP      USE       LIAB       PERSON   VALUE
      $ 185,000 $  18,500 $ 129,500 $  37,000 $ 500,000  $1,000

      MTG1 LOAN #  18402794    CODE      CHGS ON POL
         NAME CHASE MANHATTAN MORTGAGE CORP ISAOA
      STREET P O BOX 47020                   LOT #     BLOCK #
         CITY DORAVILLE         ST GA ZIP 30362   NY3   ADDITION
         MTG2 LOAN #           CODE            SRC    3/4 FAM OLT TERR
         NAME
      STREET
         CITY              ST   ZIP
               DEDUCTIBLE     YR      -PROT-  PREM LTD OP      WIND
      OCCUPANCY TYPE AMT   CONST   BLT  TERR CLASS CD GRP  ACC ID     CERT
      1 FMLY    FLAT 1000  BRK MAS 2000 38   03    03 0.80
      FT FROM MI FROM FIRE TOWN/ SO ST   #    -HO4/6-   DOUBLE   HI WIND  RENEWAL
      HYD    FIRE STA DISTRICT    IND  SNMBLS RATE TYPE WALL CR   CODE     CR
      1000    02    FPP USED                                    Y  01
      HO4/6-# APTS     HO 256 LIMIT          MINE SUBSIDENCE         RET CR X
      EXCEPTIONS  WIND 2  THEFT      RENOVATION YEARS H-    W-     P-     SHUTTER A
                                                 AUTO POL # 55 PHF 573145
                                                 ACCT CR Y   MEM Y   S/P PSPEC POL N
         COMPANION POL #                          COSTIMATOR OVERRIDE X
      DWELLING TYPE         SINGLE ENTRY   DEVIATION    CITY CD    CNTY CD 099
      DED #1:
      DED #2:                                              DWELL CL
      DED #3:      HYD TYPE   HYD IN CITY                    SPECIALTY N
      FL ORD/LAW REJECT    BCEG 04  BCEG YEAR 1996  INDIVID GRADE   FLOOD POL N
      BILL METHOD   PAYOR        BILL PLAN ACCOUNT #   PREMIUM PAYMENT SCHEDULE
      12 PAY PLAN  1ST MORTGAGEE   MO    82122275     DUE DT      PREMIUM
0                                                    060105     162000
      IF OTHER PAYOR                       CANC R/P
         NAME
      STREET                           REWRITE   OLD RATE DATE
         CITY              ST    ZIP    HCC IND   GUARANTEE DT
         BASIC
0     CHART  COV E OR F DUPL OF ADDL RES ADDL RES  AMENDED     FL     FHCF
      PREM  +/- PREM  LIAB OR OCC PREM EMPL PREM COV PREM    SC    SURCH
      $1,638    $14                                       $2.00   $217
      COV D INCR PREM        TOTAL ENDT PREM   $421  TOTAL POL PREM  $1,620.00
      COV B DECR CR.
      DED #1 PREM      DED #2 PREM       DED #3 PREM
1
```



# EXHIBIT "B"

Manzanilla Hurricane Short Pay Complaint                    Exhibit "B"

2010-07-09 12:02                        >>        3056668427    P 16/20

# Estimate

Claim #            10-11028
Coverage BLDG

## Five Star Claims Adjusting

Adjuster
  Five Star Claims

February 23, 2010
Coverage – Building

| | |
|---|---|
| Insured | Weisman, Edward |
| Loss Address | 8883 Via Tuscany Dr , Boynton Beach, FL  33472 |
| Phone Number | Policy #     55RBB457803 |
| | Ins Claim # |
| Ins Company | The Hartford |

Date of Loss    10/24/2005

---

### Tile Roof

3.697 sf Roof

| | Main Area | 27' 9" x 16' 9" | 59' 8" x 53' 4" | 25' x 2' | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Repl. Cost | Depr. | ACV | OP RD |
| Remove Roof Tile | | | 36.97 SQ @ $99.58 | | $3,681.47 | $0.00 | $3,681.47 |
| Replace Roof Tile | | | 42.52 SQ @ $326.40 * | | $13,878.53 | Material | |
| | | | 36.97 SQ @ $424.02 | | $15,676.02 | Labor | |
| | | | | | $29,554.55 | $0.00 | $29,554.55 |
| Remove Gutter | | | 46 LF @ $1.14 | | $52.44 | $0.00 | $52.44 |
| Replace Gutter | | | 46 LF @ $7.21 | | $331.66 | $0.00 | $331.66 |
| Remove Downspout | | | 34 LF @ $0.80 | | $27.20 | $0.00 | $27.20 |
| Replace Downspout | | | 34 LF @ $6.75 | | $229.50 | $0.00 | $229.50 |
| Special Local Disposal Fees | | | 2 LS @ $250.00 * | | $500.00 | $0.00 | $500.00 |
| Special Dumpster, 30 Yard | | | 2 EA @ $650.00 * | | $1,300.00 | $0.00 | $1,300.00 |
| Special Clean up & Removal | | | 1 HR @ $37.84 | | $37.84 | $0.00 | $37.84 |
| Special Additional Code Costs | | | 1 LS @ $4,985.40 ʷ | | $4,985.40 | $0.00 | $4,985.40 |

For additional costs associated with complying to building code rule 9B,
Including removal of roof sheathing to inspect strapping, sealing all
sheathing joints, and nailing decking to comply with Florida Building
codes.

|  |  |  |
|---|---|---|
| $40,700.06 | $0.00 | $40,700.06 |

---

### Screened Enclosure

| | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|
| Remove Pool Enclosure, Screened | 540 SF @ $0.42 | $226.80 | $0.00 | $226.80 |
| Replace Pool Enclosure, Screened | 540 SF @ $14.27 | $7,705.80 | $0.00 | $7,705.80 |
| Remove Screen Door, With Hardware | 1 EA @ $13.76 | $13.76 | $0.00 | $13.76 |
| Replace Screen Door, With Hardware | 1 EA @ $142.35 | $142.35 | $0.00 | $142.35 |
| Special Clean up & Removal | 1 HR @ $37.84 | $37.84 | $0.00 | $37.84 |
| Special Dumpster, 30 Yard | 1 EA @ $650.00 * | $650.00 | $0.00 | $650.00 |
| Special Local Disposal Fees | 1 LS @ $250.00 * | $250.00 | $0.00 | $250.00 |
| | | $9,026.55 | $0.00 | $9,026.55 |

---

2010-07-09 12:02                           >`                3056668427    P 17/20

## General

| | | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Special Minimum Charge, Permits and Fees | 1 LS @ $994.54 * | $994.54 | $0.00 | $994.54 | |
| | | $994.54 | $0.00 | $994.54 | |

| | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Estimate Totals | $50,721.15 | $0.00 | $50,721.15 |
| Contractor's Overhead (10%) | $5,072.12 | $0.00 | $5,072.12 |
| Contractor's Profit (10%) | $5,579.33 | $0.00 | $5,579.33 |
| Total With Overhead & Profit | $61,372.60 | $0.00 | $61,372.60 |
| Palm Beach County Tax | $3,560.90 | $0.00 | $3,560.90 |
| Total With Tax | $64,933.50 | $0.00 | $64,933.50 |

**Price Database Legend**
All prices from TCD09C0904.
w = Write-in
* = Modified



A) 27'9" X 16'9"

B) 59'8" X 53'4"

C) 25 X 2'